**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 153 MAL 2023

        Respondent               :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

        v.                  :

                                  :

SEAN M. DONAHUE,               :

        Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 154 MAL 2023

        Respondent                :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

        v.                  :

                                  :

SEAN M. DONAHUE,               :

        Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 155 MAL 2023

        Respondent                :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

        v.                  :

                                  :

SEAN M. DONAHUE,               :

        Petitioner                :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 156 MAL 2023

        Respondent                :

                                  :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

        v.                  :

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 157 MAL 2023

        Respondent

               v.                      :  Petition for Allowance of Appeal from the Order of the Superior Court

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 158 MAL 2023

        Respondent

               v.                      :  Petition for Allowance of Appeal from the Order of the Superior Court

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 159 MAL 2023

        Respondent

               v.                      :  Petition for Allowance of Appeal from the Order of the Superior Court

SEAN M. DONAHUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 160 MAL 2023

        Respondent

[153 MAL 2023, 154 MAL 2023, 155 MAL 2023, 156 MAL 2023, 157 MAL 2023, 158 MAL 2023, 159 MAL 2023 and 160 MAL 2023] - 2

|                      |   |                                    |
|----------------------|---|------------------------------------|
|                      | : | Petition for Allowance of Appeal   |
| v.                   | : | from the Order of the Superior Court |
|                      | : |                                    |
|                      | : |                                    |
| SEAN M. DONAHUE,     | : |                                    |
|                      | : |                                    |
| Petitioner           | : |                                    |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.